IN THE COURT OF APPEALS OF NORTH CAROLINA

No. COA18-76-2

Filed: 4 February 2020

Wake County, No. 16CRS208474

STATE OF NORTH CAROLINA

v.

FRED GEORGE DRAVIS, Defendant.

Appeal by Defendant from order entered 7 July 2017 by Judge Reuben F. Young in Wake County Superior Court. Originally heard in the Court of Appeals 8 August 2018. By opinion filed 4 September 2018, this Court reversed the trial court's order.

By order entered 6 September 2019, our Supreme Court remanded for reconsideration in light of its opinion in *State v. Grady*, ___ N.C. ___, 831 S.E.2d 542 (2019).

*Attorney General Joshua H. Stein, by Special Deputy Attorney General L. Michael Dodd, for the State.*

*Appellate Defender Glenn Gerding, by Assistant Appellate Defender James R. Grant, for the Defendant.*

DILLON, Judge.

We reconsider our prior opinion in light of *State v. Grady*, ___ N.C. ___, 831 S.E.2d 542 (2019). Our prior opinion can be found at *State v. Dravis*, ___ N.C. App. ___, 817 S.E.2d 796 (Table) (2018).

*Opinion of the Court*

After careful consideration of *Grady*, we conclude that the findings of the trial court are not sufficient to support a conclusion that the imposition of lifetime satellite-based monitoring (SBM) constitutes a reasonable warrantless search under the Fourth Amendment, as we concluded in our prior opinion. The State did not provide sufficient evidence to show how the efficacy of SBM in furthered a legitimate interest of the State; e.g. to help solve sex offense crimes. Therefore, our decision remains unchanged. The order of the trial court imposing lifetime SBM on Defendant is reversed.

REVERSED.

Judges INMAN and MURPHY concur.